# EXHIBIT A

## MONIQUE ROBINSON

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Janet Jackson | I Get Lonely | The Velvet Rope | 261-516 |
| Interscope Records | Eminem | Bad Meets Evil | The Slim Shady LP | 262-686 |
| UMG Recordings, Inc. | DMX | Bring Your Whole Crew | Flesh of My Flesh, Blood Of My Blood | 188-987 |
| Arista Records LLC | TLC | Diggin' On You | CrazySexyCool | 198-743 |
| Arista Records LLC | Whitney Houston | Greatest Love of All | Whitney Houston | 60-716 |