UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company, | ) | CIVIL ACTION FILE |
| Plaintiffs, | ) | No. CA06-444-T-DLM |
| v. | ) | |
| MONIQUE ROBINSON, | ) | |
| Defendant. | ) | |

**NOTICE OF RELATED ACTIONS OR PROCEEDINGS**

Pursuant to Local Rule 9.1, Plaintiffs identify below those cases pending before another tribunal in the District of Rhode Island, including the case name, tribunal before which it is pending, and the claim, occurrence, or event pending before that tribunal.

CA 05-473T, CA 05-476ML, CA 06-119S, CA 06-124ML, CA 06-184S, CA 06-185ML, CA 06-186S, CA 06-188T, CA 06-189T, CA 06-236S, CA 06-237T, CA 06-238T, CA 06-239T, CA 06-240S, CA 06241S, CA 06-242ML, CA 06-243ML, CA 06-244S, CA 06-245T, CA 06-246ML, CA 06-247ML, CA 06-248S, CA 06-249S, CA 06-250T, CA 06-325S, CA 06-326T, CA 06-327S, CA 06-356ML, CA 06-357T, CA 06-358ML, CA 06-383T CA 06-384-ML, CA 06-415ML, CA 06-416S, CA 06-417S.

Respectfully submitted,

DATED: October 10, 2006

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for VIRGIN RECORDS AMERICA, INC.; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; and ARISTA RECORDS LLC