**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

VIRGIN RECORDS AMERICA, INC.,
ET AL.,
Plaintiff

v. C.A. No. 06-444T

MONIQUE ROBINSON,
Defendant

**SHOW CAUSE ORDER**

On or before **September 17th, 2007**, the plaintiff is hereby ordered to show cause, in writing, why the case should not be dismissed for lack of prosecution. Failure to comply will result in dismissal of the case.

By Order,

Deputy Clerk

ENTER:

Ernest C. Torres
Senior U.S. District Judge
Date: 8/23/07
FORMS/SHWCAUS2.ORD