UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company, | ) | CIVIL ACTION FILE |
| Plaintiffs, | ) | No. 1:06-cv-444 |
| v. | ) | |
| MONIQUE ROBINSON, | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs Virgin Records America, Inc *et al.*, by and through their attorneys, voluntarily dismiss this case without prejudice, each party to bear its own fees and costs. The Clerk of Court is respectfully requested dismiss the claims against Monique Robinson.

Respectfully submitted,

DATED: September 27, 2007

/s/James E. O'Neil, Esq.

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for VIRGIN RECORDS AMERICA, INC.; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; and ARISTA RECORDS LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 27th day of September, 2007, a true and correct copy of the foregoing **Notice of Dismissal** was served by U.S. mail, postage prepaid, as follows:

Monique Robinson
69 Warwick Ave
Cranston, RI 02905

/s/James E. O'Neil, Esq.
James E. O'Neil, Esq.